NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2021-CA-0644

Thomas Pike Barkerding

- - Versus - -

Jacques Bezou, Sr., Jacques Bezou, Jr. Erica Hyla and the
Bezou Law Firm, LLC

22nd Judicial District Court
Case #: 202012799
St. Tammany Parish

On Application for Rehearing filed on 03/19/2022 by Pike Barkerding

Rehearing _____ **DENIED** _____

_____
Jewel E. "Duke" Welch Jr.

_____
Mitchell R. Theriot

_____
Wayne Ray Chutz

Date ___MAR 2 9 2022_____

_____
Rodd Naquin, Clerk